UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

RANDY LAVELL WILLIAMS                                                              PLAINTIFF
ADC #127318

V.                            No. 5:18CV00076-JM-JTR

TANYA COLLINS,
Grievance Coordinator, *et al.*                                                    DEFENDANTS

# **ORDER**

The Court has reviewed the Recommendation submitted by United States Magistrate Judge J. Thomas Ray. No objections have been filed. After careful review, the Recommendation is approved and adopted in its entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED that:

1. The Complaint and Amended Complaint (Docs. 2 & 7) are DISMISSED WITHOUT PREJUDICE for failing to state a claim upon which relief may be granted.

2. Dismissal is a "STRIKE," pursuant to 28 U.S.C. § 1915(g).

3. It is CERTIFIED, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order and accompanying Judgment would not be taken in good faith.

Dated this 11th day of June, 2019.

_____
UNITED STATES DISTRICT JUDGE