UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

RANDY LAVELL WILLIAMS                                                              PLAINTIFF
ADC #127318

V.                                  No. 5:18CV00076-JM-JTR

TANYA COLLINS,
Grievance Coordinator, *et al.*                                                DEFENDANTS

## JUDGMENT

Consistent with the Order entered separately today, this case is dismissed without prejudice.

Dated this 11th day of June, 2019.

_____
UNITED STATES DISTRICT JUDGE